IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CEZARA CRISAN,

        Plaintiff,

                              Case No. 2:22-cv-00137-TLS-APR

The Board Trustees of Purdue
University,

        Defendants.

## Amended Joint Request for Settlement Conference

The parties, Cezara Crisan ("Plaintiff" or "Crisan") and the Board of Trustees of Purdue University ("Defendant") (jointly, "the Parties"), through their respective undersigned counsel, respectfully request a settlement conference before the Honorable Joshua P. Kolar, and in support of such request, state as follows:

1. The Parties have exchanged and continue to exchange written discovery responses, and plan to hold depositions in September and/or October.

2. Non-expert discovery is scheduled to close on November 10, 2023.

3. The Parties seek to explore amicable resolution prior to taking depositions, preferably with the assistance of the Court.

4. The Parties seek to schedule a remote settlement conference in August or early-mid September, in order to leave sufficient time for depositions in the event that the case does not settle.

WHEREFORE, the Parties respectfully request a remote settlement conference before this Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Rima Kapitan* | */s/ Colleen E. Schade* |
| Rima N. Kapitan (*admitted pro hac vice*) | John R. Maley (#14300-89) |
| KAPITAN GOMAA LAW, P.C. | Colleen E. Schade (#36229-41) |
| P.O. Box 6779 | BARNES & THORNBURG LLP |
| Chicago, IL 60680 | 11 South Meridian Street |
| Phone: (312) 566-9590 | Indianapolis, IN 46204 |
| rima@kapitangomaa.com | 317-236-1313 |
| | John.maley@btlaw.com |
| | Colleen.Schade@btlaw.com |
| Christopher S. Stake (#27356-53) | |
| DeLaney & DeLaney LLC | *Counsel for Defendant* |
| 3646 N. Washington Blvd. | |
| Indianapolis, IN 46204 | |
| 317-920-0400 | |
| cstake@delaneylaw.net | |
| | |
| *Counsel for Plaintiff Cezara Crisan* | |