IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CEZARA CRISAN,

    Plaintiff,                                    2:23-cv-00014-TLS-JPK

The Board Trustees of Purdue University,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-titled action, through their respective attorneys, that said action be dismissed with prejudice and without fees or costs to either party, and that judgment of dismissal with prejudice may be entered hereon pursuant hereto and without further notice.

/s/ Rima N. Kapitan

Kapitan Gomaa Law, P.C.
Rima N. Kapitan (*pro hac vice*)
rima@kapitangomaa.com
P.O. Box 46503
Chicago, Illinois 60646
Phone: (312) 566-9590

Delaney & Delaney LLC
Christopher S. Stake (#27356-53)
cstake@delaneylaw.net
3646 Washington Blvd.
Indianapolis, IN 46205
Phone: (317) 920-0400

Counsel for Plaintiff

/s/ *Colleen E. Schade*

BARNES & THORNBURG LLP

John R. Maley (#14300-89)
John.maley@btlaw.com
Colleen E. Schade (#36229-41)
Colleen.schade@btlaw.com
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313

Counsel for Defendants